## THOMPSON et al. v. KORUS.
### No. 10486.

Court of Civil Appeals of Texas.
San Antonio.
Feb. 21, 1939.

Harry A. Nass and Jno. A. Bitter, Jr., both of San Antonio, for appellants.

Russell B. Wine, W. R. Parker, and Leonard Brown, all of San Antonio, for appellee.

MURRAY, Justice.

Briefs have not been filed herein by the parties, accordingly the appeal will be dismissed for want of prosecution. Court of Civil Appeals Rule No. 38.